IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02642-BNB

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2008

GREGORY C. LANGHAM
CLERK

DOUGLAS LEE CRAWFORD,

Applicant,

v.

KEVIN MILYARD, Warden, Sterling Correctional Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

ORDER TO FILE PRE-ANSWER RESPONSE

---

Applicant, Douglas Lee Crawford, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Sterling, Colorado, correctional facility. He has filed ***pro se*** an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a supporting brief. He has paid the $5.00 habeas corpus filing fee.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court has determined that a limited Pre-Answer Response is appropriate. Respondents are directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and to ***Denson v. Abbott***, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a Pre-Answer Response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. § 2254(b)(1)(A). If Respondents do not intend to raise either of these affirmative defenses, they must

notify the Court of that decision in the Pre-Answer Response. Respondents may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order. Respondents also are directed to clarify how the denial of his habeas corpus application in Logan County District Court case number 08CV32, which Applicant appears to attack in the instant action, relates to his conviction in the Adams County District Court case number 85CR1173 he previously attacked in ***Crawford v. Milyard***, 08-cv-01084-ZLW (D. Colo. Aug. 15, 2008), which this Court dismissed as time-barred.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that Respondents also are directed to clarify how the denial of his habeas corpus application in Logan County District Court case number 08CV32, which Applicant appears to attack in the instant action, relates to his

conviction in the Adams County District Court case number 85CR1173 he previously attacked in ***Crawford v. Milyard***, 08-cv-01084-ZLW (D. Colo. Aug. 15, 2008), which this Court dismissed as time-barred. It is

FURTHER ORDERED that **within twenty days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response. It is

FURTHER ORDERED that the motion to appoint counsel that Applicant filed with the Court on December 5, 2008, is denied as premature. It is

FURTHER ORDERED that the motion filed with the Court on December 5, 2008, seeking for this Court to order the state Attorney General to provide a certified copy of all state trial and appellate records in Adams County District Court case number 85CR1173 is denied. It is

FURTHER ORDERED that Applicant's motion filed with the Court on December 5, 2008, ask for leave to file a supporting brief is granted.

DATED December 17, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02642-BNB

Douglas Lee Crawford
Prisoner No. 55972
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Kevin Milyard
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Kevin Milyard; and to John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 12/05/08, AND THE BRIEF AND MEMORANDUM OF LAW IN SUPPORT OF APPLICATION FILED 12/05/08 on 12/17/08.

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk